1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   DAVID E. HERRMANN O/B/O TINA )   Case No:  2:21-cv-09737-PVC
     M. HERRMANN,                   )

13                                  )   **JUDGMENT**
                                    )
14              Plaintiff           )
                                    )
15         v.                       )
                                    )
16   KILOLO KIJAKAZI, Acting        )
     Commissioner of Social Security, )
17                                  )
                Defendant.          )

18

19          Having approved the Stipulation to Voluntary Remand Pursuant to Sentence

20   Four of 42 U.S.C. § 405(g),

21          IT IS ORDERED that judgment is entered in accordance with the Order of

22   Remand.

23

24   DATE: August 31, 2022        _____

25                                HON. PEDRO V. CASTILLO
                                  United States Magistrate Judge
26

-1-